**Susan D. McKELLIPS (now Bolding), Appellant,**

v.

**Troy E. McKELLIPS, Respondent.**

**No. WD 53497.**

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

As Modified Sept. 30, 1997.

Charles Edward Weedman, Jr., Harrisonville, for appellant.

Teresa Hensley, Raymore, for respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and BRECKENRIDGE, JJ.

**ORDER**

PER CURIAM.

The mother's motion to require supervised visitation while the children were in the father's care was denied by the trial court. The mother appeals. Affirmed. Rule 84.16(b).